ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8973
   Facsimile:  (415) 744-0134
   Email: Susan.L.Smith@ssa.gov
Attorneys for Defendant

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CECILIA BUCHMULLER,<br><br>   Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 10-00625-MLG<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: April 3, 2012

_____
HON. MARC L. GOLDMAN
United States Magistrate Judge